# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/18/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CRIMINAL 05-00026JMS-01

CASE NAME:          United States of America vs. Michael Ramel Lacuesta

ATTYS FOR PLA:      Beverly Wee Sameshima

ATTYS FOR DEFT:     Pamela Tamashiro

U. S. P. O:         Carter Lee

JUDGE:    J. Michael Seabright        REPORTER:    Sharon Ross

DATE:     5/18/2006                   TIME:        3:55 - 4:30
                                                   Downward Departure 4:00 - 4:05

COURT ACTION:  Sentencing to the Information:

Defendant present with counsel Pamela Tamashiro.

Governments Motion for Downward Departure GRANTED.

Allocution by the defendant.

Imprisonment 51 months.

Supervised Release 4 years under the following conditions:

1.   That the defendant shall abide by the standard conditions of supervision.

2.   That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3.   That the defendant not possess illegal controlled substances (mandatory condition)

4.   That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 15 valid drug

tests per month during the terms of supervision (mandatory condition).

Page 2
Criminal 05-00026JMS-01
U.S.A. vs. Michael Ramel Lacuesta
May 18, 2006

5. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

7. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office.  The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

No fine imposed.

Special Monetary Assessment $100.

Advised of rights to appeal.

RECOMMENDATION: 1) Sheridan, OR.

That the defendant participate in the 500 Hour Comprehensive Drug Treatment Program.

That the defendant participate in educational and vocational training programs.

MITTIMUS:   June 27, 2006 at 2:00 p.m.

Submitted by:   Dottie Miwa, Courtroom Manager